IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDITH STONE,

      Plaintiff,                                No. CIV S-08-0326 GEB GGH PS

      vs.

JAMES TILTON, Secretary,
California Department of Corrections          ORDER
and Rehabilitation, et al.,

      Defendants.

_____/

      On February 11, 2008, plaintiff filed a complaint but did not (1) pay the fee required to file an action in this court, or (2) file an application to proceed in forma pauperis without prepayment of the filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). On February 21, 2008, plaintiff filed a "Notice" that she should has retained counsel to represent her in this action.

      Two matters require immediate resolution. First, plaintiff must either pay the filing fee or an application to proceed in forma pauperis. Second, plaintiff's counsel must make an appropriate appearance before this court pursuant to E. D. Cal. L. R. 83-182.

      Accordingly, plaintiff will be provided the opportunity to submit the appropriate filing fee or an affidavit in support of a request to proceed in forma pauperis, and sufficient time for her attorney to make the appropriate appearance before this court or for plaintiff to confirm

she proceeds in this action pro se.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within twenty days from the date of this order, the appropriate filing fee or a completed application and affidavit to proceed in forma pauperis; and

2. Plaintiff's attorney shall, within twenty days from the date of this order, make an appropriate appearance before this court pursuant to E. D. Cal. L. R. 83-182, or plaintiff shall confirm in writing that she proceeds in this action pro se.

3. Failure to comply with this order may result in a recommendation this action be dismissed.

4. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis.

DATED: 02/26/08                                      /s/ Gregory G. Hollows

GREGORY G. HOLLOWS  
UNITED STATES MAGISTRATE JUDGE

GGH5:Stone0326.ifp.fee