1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   EDITH STONE,

11            Plaintiff,                    No. CIV S-08-0326 GEB GGH

12        vs.

13   JAMES TILTON, Secretary,
     California Department of Corrections            ORDER
14   and Rehabilitation, et al.,

15            Defendants.

16   _____/

17            Pursuant to this court's order filed February 26, 2008, plaintiff paid the filing fee

18   on March 25, 2008,[1] and plaintiff's counsel has made an appropriate appearance before the

19   court.[2] Accordingly, the automatic referral to the magistrate judge is withdrawn.  E. D. Cal. L. R.

20   72-302(c)(21).  The magistrate judge shall continue to perform all duties described in Local Rule

21   72-302(c)(1)-(20).

22   _____

23        [1]   In response to the inquiry of plaintiff and her counsel, the court has no record of
     earlier receiving plaintiff's check or issuing a receipt thereto.
24

25        [2]  Although the mailed "Designation of Counsel for Service" filed March 4, 2008, met the
     formal requirements of E. D. Cal. L. R. 83-182, it did not satisfy the additional requirement that
     counsel register and appear electronically; however, counsel met this requirement pursuant to the
26   electronic filing of plaintiff's "response" on March 17, 2008.

                                          1

1    The Clerk shall strike the "PS" designation from this case.

2    IT IS SO ORDERED.

3 DATED:  04/09/08

4                                                    /s/ Gregory G. Hollows
                                          _____
5                                          GREGORY G. HOLLOWS
                                          UNITED STATES MAGISTRATE JUDGE
6 GGH5:Stone0326.cnsl.fee