IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH STONE,<br><br>          Plaintiff,<br><br>    v.<br><br>JAMES TILTON, Secretary California Department of Corrections and Rehabilitation; BERNARD WARNER, Deputy Secretary California Department of Corrections and Rehabilitation; NANCY HANLEY, California Department of Corrections and Rehabilitation,<br><br>          Defendants. | 2:08-cv-00326-GEB-GGH<br><br><u>ORDER OF DISMISSAL</u> |

        This action is dismissed without prejudice under Rule 4(m) of the Federal Rule of Civil Procedure since Plaintiff failed to show good cause for her failure to serve any Defendant within 120 days after the complaint was filed as indicated in the Order filed May 9, 2008, and because Plaintiff failed to file proof of service under Local Rule 4-210(b),

        IT IS SO ORDERED.

Dated: April 29, 2009

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge